**[J-61-2020]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 781 CAP |
| | : | |
| Appellee | : | Appeal from the Order dated May |
| | : | 16, 2019 in the Court of Common |
| | : | Pleas, Allegheny County, Criminal |
| v. | : | Division at Nos. CP-02-CR- |
| | : | 0008705-1994, CP-02-CR-009095- |
| | : | 1994 and CP-02-CR-0009201-1994. |
| LEROY FEARS, | : | |
| | : | SUBMITTED: July 7, 2020 |
| Appellant | : | |

## ORDER

**PER CURIAM**                                                    **DECIDED: May 18, 2021**

**AND NOW,** this 18th day of May, 2021, the order of the court of common pleas is affirmed by operation of law, as the votes among the participating Justices are equally divided. Appellant's ancillary application for sua sponte judgment, application to clarify prayer for relief, application to supplement Appellant's claim regarding the death penalty's constitutionality, application for post-submission communication pursuant to Pa.R.A.P. 2801(a) (sic), application for post-submission communication to strike Appellee's response brief, and motion for leave of court are denied as moot.

Chief Justice Baer and Justices Saylor and Todd did not participate in the consideration or decision of this matter.